1 BARRY J. PORTMAN
Federal Public Defender
2 DANIEL P. BLANK
Assistant Federal Public Defender
3 450 Golden Gate Avenue
San Francisco, CA 94102
4 Telephone: (415) 436-7700

5 Counsel for Defendant CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-0636 JL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER AUTHORIZING BENCH |
| | ) | TRIAL |
| KENNITH CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

1  Pursuant to Federal Rule of Criminal Procedure 23(a), the government consents to and joins
2  Defendant Kennith Campbell in seeking the Court's approval for a bench trial instead of a jury trial.
3  IT IS SO STIPULATED.

4      KEVIN V. RYAN
        United States Attorney

6  DATED: 11/21/05

7      DEREK OWENS
       SA, United States Attorney

9  DATED: 11/9/05

       DANIEL P. BLANK
10     Assistant Federal Public Defender
       Attorney for Kennith Campbell

12  IT IS SO ORDERED.
13  DATED: 1-15-06

       JAMES LARSON
14     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
AUTHORIZING BENCH TRIAL                - 1 -