1  KEVIN RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   SCOTT G. MAZZOLA
6  Law Clerk

7      450 Golden Gate Avenue, 11th Floor
       San Francisco, California  94102
8      Telephone:  (415) 436-6488
       Fax:  (415) 436-7234
9      Email: Derek.Owens@usdoj.gov

10
   Attorneys for Plaintiff
11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16
   UNITED STATES OF AMERICA,          )      CR No.: 05-00636 MAG
17                                     )
                                       )
18          Plaintiff,                 )      STIPULATION AND [PROPOSED]
                                       )      ORDER EXCLUDING TIME
19          v.                         )
                                       )
20  KENNITH CAMPBELL                   )
                                       )
21                                     )
            Defendant.                 )
22  _____)

23      On January 19, 2006, the parties in this case appeared before the Court for a pre-trial

24  conference.  At that time, the parties stipulated that time should be excluded from the Speedy

25  Trial Act calculations from January 19, 2006 to February 2, 2006 for re-evaluation of the case.

26  Specifically, Mr. Fermino, counsel for Mr. Campbell, requested the continuance in light of the

27  fact he was recently appointed counsel for Mr. Campbell.  The parties represented that granting

28  the continuance was the reasonable time necessary for effective preparation of defense counsel,

1     taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The

2     parties also agreed that the ends of justice served by granting such a continuance outweighed the

3     best interests of the public and the defendant in a speedy trial.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A).

4     SO STIPULATED:

5                                  KEVIN V. RYAN
6                                  United States Attorney

7     DATED: _____
            2/1/06
       /s/ Derek R. Owens
8                                  _____
                                 DEREK R. OWENS
                                 Special Assistant United States Attorney

9     DATED: _____
            2/1/06
       /s/ David Fermino
10                                 _____
                               DAVID FERMINO
                               Attorney for Mr. Campbell

11

12       As the Court found on January 19, 2006, and for the reasons stated above, the Court finds

13     that an exclusion of time between January 19, 2006 and February 2, 2006 is warranted and that

14     the ends of justice served by the continuance outweigh the best interests of the public and the

15     defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested

16     continuance would deny defense counsel the reasonable time necessary for effective preparation,

17     taking into account the exercise of due diligence, and would result in a miscarriage of justice.

18     <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).

19

20     SO ORDERED.

21     DATED:__ 2/7/06_____

22     JAMES
    United St

IT IS SO ORDERED

Judge James Larson

23

24

25

26

27

28