1 | BARRY J. PORTMAN
Federal Public Defender
2 | DAVID W. FERMINO
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 05-00636 JL |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER CONTINUING DATE FOR |
| vs. | ) STATUS |
| KENNITH CAMPBELL, | ) **FILED UNDER SEAL** |
| Defendant. | ) |

Defendant Kennith Campbell, by and through his counsel of record, Assistant Federal Public Defender David W. Fermino, and the plaintiff United States of America, by and through it's counsel of record, Special Assistant United States Attorney Derek R. Owens, stipulate as follows: the parties were scheduled to appear before this Court on March 30, 2006 for status. The parties request that the matter be continued to April 6, 2006.

(1) Due to the issues that were explained to the Court on March 30, 2006 defendant Campbell ask that the Court continue his status date until April 6, 2006.

STIP & PROP ORD                                    1

1  (2) Special Assistant United States Attorney Derek R. Owens does not object to the
2  continuation of the status date.
3
4  IT IS SO STIPULATED:
5  DATED: 3/31/06
   _____
   DAVID W. FERMINO
6  Assistant Federal Public Defender
7
8  DATED: 3/31/06
   _____
   DEREK R. OWENS
9  Special Assistant United States Attorney
10
11                                    **ORDER**
12  For good cause shown, IT IS HEREBY ORDERED that counsel's request for a
13  continuance of the date for status in the above-referenced case be continued from March 30, 2006
14  to April 6, 2006.
15
16  **IT IS SO ORDERED.**
17  DATED: 3/31/06

IT IS SO ORDERED
Judge James Larson
United States Magistrate Judge

STIP & PROP ORD                                    2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that the following true copy of the **Stipulation and [Proposed] Order Continuing Date for Status**, concerning the case of **United States v. Kennith Campbell, CR 05-00636 JL** was filed dated March 31, 2006 and hand delivered to:

United States Attorney
450 Golden Gate Ave, 11th Floor
San Francisco, CA,
Assistant United States Attorney
Derek Owens.

March 31, 2006

MICHAEL TARKINGTON

- 1 -